UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| The Collision Company | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff(s), | ) | |
| vs. | ) | Case No. 4:18-cv-1999 UNA |
| | ) | |
| State Farm Mutual Automobile Insurance Co. | ) | |
| Defendant(s). | ) | |

## **ORDER**

The above styled and numbered case was filed on November 28, 2018 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and randomly assigned to the Honorable Nannette A. Baker, United States Magistrate Judge, under cause number 2:18-cv-00104 NAB.

**IT IS FURTHER ORDERED** that cause number 4:18-cv-1999 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: November 28, 2018                      By: Jason W. Dockery
                                              Case Initiation Team Leader

**In all future documents filed with the Court, please use the following case number 2:18-cv-00104 NAB.**