# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| THE COLLISION COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:18-CV-104 NAB |
| ) | |
| STATE FARM MUTUAL AUTOMOBILE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER OF REMAND**

This matter is before the Court on Plaintiff's Motion to Remand Case to State Court. [Doc. 24.] Defendant responded to the motion and stated that it did not object to the motion to remand, based on Plaintiff's representation that the action will be dismissed upon remand to the Circuit Court of Adair County, Missouri.

This action was originally filed in state court in Adair County, Missouri. Defendant removed this action to this court on November 28, 2018. The Court held a Rule 16 Conference and expressed the Court's concern that the court lacked diversity jurisdiction, because the amount in controversy was not met. The Court granted the parties several months to resolve the case, but they were unable to do so. At the last status conference on July 25, 2019, the parties notified the Court that rather than briefing the jurisdictional issue, the parties reached an agreement regarding the remand and subsequent dismissal of this action.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand Case to State Court is **GRANTED**. [Doc. 24].

**IT IS FURTHER ORDERED** that this action is **REMANDED**, pursuant to 28 U.S.C. § 1447(c), to the Second Judicial Circuit Court of Adair County, Missouri for all further proceedings.

NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 15th day of August, 2019.